NEMETH KAROLY et al., respondents,

*v.*

HUNGARIAN REFORMED CHURCH OF NEW BRUNSWICK, NEW JERSEY, appellant.

[Argued December 2d, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *83 N. J. Eq. 514.*

*Messrs. McCarter & English,* for the respondents.

*Messrs. Pitney, Hardin & Skinner,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS—15.

*For reversal*—None.